**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**DAYTON DIVISION**

| In the matter of | Case No. **10-32379** |
|---|---|
| **DOROTHY SCOTT** | Chapter 7 |
| Debtor(s) | Judge **Lawrence S. Walter** |

### NOTICE TO THE CLERK OF SMALL DIVIDENDS
### AND UNCLAIMED DIVIDENDS

## TO THE CLERK OF THE COURT

The attached check in the amount of $6.02 represents the total sum of unclaimed and/or small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| OHIO DEPARTMENT OF TAXATION<br>Bankruptcy Division<br>PO Box 530<br>Columbus OH 43216 | 11 | $1.98 |
| OHIO BUREAU OF MOTOR VEHICLES<br>c/o Victoria Oldham<br>Law Offices of Douglas Sladoje<br>38 South Paint Street<br>Chillicothe OH 45601 | 13 | $4.04 |
| Total Unclaimed/ Small Dividends<br>$25.00 or under | | $6.02 |
| Total Unclaimed Dividends Over<br>$25.00 | | $0.00 |

Dated:    3/9/2011                                     /s/John G. Jansing

                                                              John G. Jansing

cc: U.S. Trustee